# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sergio Betancourt,<br><br>PLAINTIFF(S)<br>v.<br>Mercedes Benz, USA LLC,<br><br>DEFENDANT(S). | CASE NUMBER:<br>5:22-CV-01354-JGB-SPx<br><br>**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 10/7/2022 | 14 | NOTICE of Voluntary Dismissal |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

☐ The document is stricken
☐ The hearing date has been rescheduled to _____ at _____.
☐ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
☑ Other:

Notice of Voluntary Dismissal is accepted as filed.

Dated: 10/25/2022

By: /s/ Jesus G. Bernal
Hon. Jesus G. Bernal, U.S. District Judge